

CIVIL, CLOSED

## U.S. District Court
### Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:07-cv-01609-LEW-GGH
### Internal Use Only

#3

Eleccion v. Merck & Co., Inc.
Assigned to: Senior Judge Ronald S.W. Lew
Referred to: Magistrate Judge Gregory G. Hollows
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 08/06/2007
Date Terminated: 10/01/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

Filomena Eleccion                                         represented by   Clifford Lee Carter
                                                                            Clayeo C. Arnold, A Professional Law
                                                                            Corporation
                                                                            608 University Avenue
                                                                            Sacramento, CA 95825
                                                                            (916) 924-3100
                                                                            Fax: (916) 924-1829
                                                                            Email: cliff@ccalawcorp.com
                                                                            *LEAD ATTORNEY*
                                                                            *ATTORNEY TO BE NOTICED*



V.

**Defendant**

Merck & Co., Inc.                                          represented by   Jeffrey Marc Tanzer
                                                                            Venable LLP (Los Angeles)
                                                                            2049 Century Park East
                                                                            Suite 2100
                                                                            Los Angeles, CA 90067
                                                                            (310) 229-9900
                                                                            Fax: (310) 229-9901
                                                                            Email: jtanzer@venable.com
                                                                            *ATTORNEY TO BE NOTICED*

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By: _____
Deputy Clerk
Dated: October 1, 2007

| Date Filed | # | Docket Text |
|---|---|---|
| 08/06/2007 | ● | (Court only) SUBMISSION of CREDIT CARD INFORMATION for Civil Complaint Filing Fee in the amount of $350.00;<br>Type of Credit Card: American Express<br>Name as it appears on Credit Card: Clifford L. Carter<br>Contact Telephone Number: (916) 924-3100<br>Street: 608 University Avenue<br>Zip code: 95825<br>Credit Card Number: xxxx-xxxx-xxxx-xxxx<br>Expiration Date: xx/xx<br>Security Code: xxx<br>(Carter, Clifford) (Entered: 08/06/2007) |
| 08/06/2007 | ●1 | COMPLAINT against Merck & Co., Inc. by Filomena Eleccion. Attorney Carter, Clifford Lee added. (Attachments: # 1 Civil Cover Sheet # 2 Summons)(Carter, Clifford) (Entered: 08/06/2007) |

| 08/07/2007 | 2 | (Court only) PROCESS CREDIT CARD (Kastilahn, A) (Entered: 08/07/2007) |
| --- | --- | --- |
| 08/07/2007 |  | RECEIPT number CAE200000212 for civil filing fee for Filomena Eleccion from Clifford Carter. (Kastilahn, A) (Entered: 08/07/2007) |
| 08/07/2007 | 3 | SUMMONS ISSUED as to *Merck & Co., Inc.* with answer to complaint due within *20* days. Attorney *Clifford L. Carter* *Clayeo C. Arnold, PLC* *608 University Ave* *Sacramento, CA 95825*. (Kastilahn, A) (Entered: 08/07/2007) |
| 08/07/2007 | 4 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Kastilahn, A) (Entered: 08/07/2007) |
| 08/14/2007 | 5 | SUMMONS RETURNED EXECUTED by Filomena Eleccion. Merck & Co., Inc. served on 8/10/2007. (Carter, Clifford) Modified on 8/15/2007 (Donati, J). (Entered: 08/14/2007) |
| 08/30/2007 | 6 | ANSWER to COMPLAINT with Jury Demand by defendant Merck & Co., Inc.. Attorney Tanzer, Jeffrey Marc added. (Tanzer, Jeffrey) Modified on 10/1/2007 (Marciel, M). (Entered: 08/30/2007) |
| 10/01/2007 | 7 | MDL ORDER, signed by Judge Ronald S.W. Lew on 9/10/07, transferring action to District of USDC - Southern District of New York. Original file, certified copy of transfer order, and docket sheet sent. (Marciel, M) (Entered: 10/01/2007) |